IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LINDA D. TURNER and WACHOVIA BANK, N.A. CO-EXECUTORS OF THE ESTATE OF JEFFREY WAYNE TURNER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:06CV223 |
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| LINDA D. TURNER and WACHOVIA BANK, N.A. CO-EXECUTORS OF THE ESTATE OF JEFFREY WAYNE TURNER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ESTATE OF RICHARD EDWARD TRACY, JOHN P. TRACY, ADMINISTRATOR; ESTATE OF ELIZABETH LEE MORRISON, RICHARD M. MORRISON, ADMINISTRATOR; and HMS HOLDINGS LIMITED PARTNERSHIP, | ) ) ) ) ) ) | |
| Defendants. | ) | |
| and | ) ) | Civil Action No. 1:06CV421 |
| HMS HOLDINGS LIMITED PARTNERSHIP; JOHN P. TRACY, as Personal Representative of the Estate of RICHARD EDWARD TRACY; and RICHARD M. MORRISON, as Personal Representative of the Estate of ELIZABETH LEE MORRISON, | ) ) ) ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Third-Party Defendants. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DIANNE H. DORTON, as Personal Representative of the Estate of RANDALL ALEXANDER DORTON,<br><br>       Plaintiff,<br><br>v.<br><br>HENDRICK MOTORSPORTS, INC.; JOHN P. TRACY, as Personal Representative of the Estate of RICHARD EDWARD TRACY; and RICHARD M. MORRISON, as Personal Representative of the Estate of ELIZABETH LEE MORRISON,<br><br>       Defendants and<br>       Third-Party Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>       Third-Party Defendant. | Civil Action No. 1:06CV431 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| TRACY A. LATHRAM, EXECUTOR OF THE ESTATE OF SCOTT C. LATHRAM, DECEASED,<br><br>       Plaintiff,<br><br>v.<br><br>HENDRICK MOTORSPORTS, INC.,<br><br>       Defendant and<br>       Third-Party Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>       Third-Party Defendant. | Civil Action No. 1:06CV474 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ON UNITED STATES' UNOPPOSED MOTION TO CONSOLIDATE

This cause comes before the Court on the Unopposed Motion of Defendant United States of America to consolidate this case for discovery purposes with three other related cases currently pending before the Court. Having considered the premises for the proposed consolidation, and considering the concurrence of the affected parties, the Court finds the Motion (Pleading No. 15) should be, and hereby is, **GRANTED**. The Court orders the action to be consolidated for discovery purposes with *Turner v. United States*, No. 1:06CV421; *Dorton v. Hendrick Motorsports, Inc. v. United States*, No. 1:06CV431; and *Lathram v. Hendrick Motorsports, Inc. v. United States*, No. 1:06CV474.

**IT IS SO ORDERED.**

                                        /s/ P. Trevor Sharp
                                  United States Magistrate Judge

Date: January 5, 2007